McMillen v. Blattner et al.

1. **Constitution of Iowa:** AMENDMENT PROHIBITING MANUFACTURE AND SALE OF INTOXICATING LIQUORS NOT LAWFULLY ADOPTED. *Koehler v. Hill*, 60 Iowa, 543, followed.

*Appeal from Mahaska District Court.*

FRIDAY, OCTOBER 23.

THIS action was commenced on the twenty-fourth day of July, 1884. A demurrer to the answer was overruled, and the plaintiff appeals.

*Liston McMillen, pro se.*

No appearance for appellees.

SEEVERS, J.—Appellant concedes in an able and exhaustive printed argument that the only question for determination is whether the amendment to the constitution which was ratified by the people at a special election held on the twenty-seventh day of June, 1882, was constitutionally adopted and became a part of the constitution of this state. This question was considered and determined in *Koehler v. Hill*, 60 Iowa, 543. A petition for a rehearing was filed and granted. Able arguments were made on rehearing by distinguished counsel, and after mature consideration a majority of the court adhered to the conclusion reached in the original opinion, that the amendment to the constitution had not been constitutionally adopted, and therefore did not become a part of the constitution. After again considering this question, we are now content to say that we are not disposed to overrule the case cited.

AFFIRMED.